Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Kelsey Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, CA 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., d/b/a "Michael Grecco Photography", a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WENN RIGHTS INTERNATIONAL LTD., a United Kingdom private limited company, HOLLYWOOD.COM, LLC, a Delaware limited liability company; and DOES 1 through 10,<br><br>DEFENDANTS. | Case No.<br><br>**PLAINTIFF'S COMPLAINT FOR:**<br>**(1) COPYRIGHT INFRINGEMENT**<br>**(2) VIOLATIONS OF THE 17 U.S.C. §1202**<br><br><u>Jury Trial Demanded</u> |

Plaintiff, Michael Grecco Productions, Inc. by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

### JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 (a).

3. Venue in this judicial district is proper under 28 U.S.C. §§ 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

### PARTIES

4. Plaintiff Michael Grecco Productions, Inc., d/b/a "Michael Grecco Photography" ("Grecco"), is a California corporation organized and existing under the laws of the state of California with its principal place of business at 3103 17th Street, Santa Monica, California 90405. Plaintiff's principal, Michael Grecco, is an award-winning commercial photographer noted for his iconic celebrity portraits, magazine covers, editorial images and advertising spreads.

5. Defendant WENN Rights International Ltd., formally known as World Entertainment News Network ("WENN") is a private limited company registered in the United Kingdom with a principal place of business located at 78 York Street, London, England, W1H 1DP.

6. Defendant, Hollywood.com LLC ("Hollywood.com") is a Delaware limited liability company with a principal place of business located at 2255 Glades Road, Suite 221A, Boca Raton, FL 33431, and is registered to do business in and with California with a California agent for services of process located at 330 N Brand Blvd., Glendale, California 91203.

7. Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have

infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

8. Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## DEFENDANTS' INFRINGEMENT

13. Plaintiff composed and owns an original photograph of Tom Sizemore (the "Subject Photograph") that was registered with the United States Copyright Office with the Registration Number VAu 502-908. Plaintiff is the sole owner of the exclusive rights to the Subject Photograph.

14. Plaintiff is informed and believes and thereon alleges that following its publication and display of the Subject Photograph, Wenn, Hollywood.com, and DOE Defendants used the Subject Photograph without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as (1) https://www.media.hw-static.com/wp-content/uploads/big-trouble-movie-still-tom-sizemore-as-snake_1107181-305x392.jpeg, and (2) https://www.hollywood.com/celebrities/tom-sizemore-vows-to-beat-

methamphetamines-57155042 (the "Offending Uses").

15. WENN licensed the Subject Photograph to Hollywood.com, which Hollywood.com published on its website, according to a "photo credit" for the Subject Photograph on Hollywood.com's website.



/ / /

/ / /

/ / /

16. An image of the Subject Photograph and screen captures of Defendants' website with the Offending Uses are set forth below:

| Subject Photograph: | Offending Product B Exemplar: |
|---|---|
|  | (Hollywood.com)<br /><br />(Wenn)<br /> |
|  | |

**CLAIM FOR RELIEF**

17. Plaintiff is informed and believes and thereon alleges that Defendants and each of them, had access to the Subject Photograph, including, without limitation, through their publication on Grecco's website, by Grecco's clients, and through the unauthorized reproductions of the Subject Photograph by other third

parties on the World Wide Web.

18. Plaintiff is informed and believes and thereon alleges that the photographs used by Defendants, shown above, used the same elements, composition, colors, arrangement, subject, lighting, angle, and overall appearance of the Subject Photograph and is identical or at least substantially similar to the Subject Photographs.

19. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, infringed Plaintiff's copyright by copying the Subject Photographs and publishing and displaying the Subject Photographs to the public, including without limitation, on www.Hollywood.com/, without Plaintiff's authorization or consent.

20. Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

21. Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of Plaintiff's rights in the Subject Photograph. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of its rights in the Subject Photograph in an amount to be established at trial.

22. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement. Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

/ / /

/ / /

## SECOND CLAIM FOR RELIEF

(For Violations of the 17 U.S.C. §1202 – Against all Defendants, and Each)

13. Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs.

14. The Subject Photograph was routinely published with attribution, credit, and other copyright management information identifying Plaintiff as the author,

15. Plaintiff alleges on information and belief that Defendants, and each of them, removed Plaintiff's copyright management information, as described above, from the Subject Photograph, and added false copyright management information to the Subject Photograph, before distributing and publishing same.

16. Plaintiff alleges on information and belief that Defendants, and each of them, distributed and published the Subject Photograph on websites, including but not limited https://ips.wenn.com/ and https://www.hollywood.com/, falsely identifying "WENN", and removing Plaintiff's attribution information, including without limitation his name.

17. The aforementioned facts constitute "copyright management information" as that phrase is defined in 17 U.S.C. § 1202(c) and is false.

18. When Defendants distributed and published the Subject Photograph, they knowingly provided and/or distributed false copyright management information in violation of 17 U.S.C. § 1202(a). As a result of the foregoing, Plaintiff has been damaged and may recover those damages as well as Defendants' profits, and/or statutory damages, and attorneys' fees under 17 U.S.C. § 1203.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

a. That Defendants, and each of them, as well as their employees, agents, or anyone acting in concert with them, be enjoined from infringing Plaintiff's copyright in the Subject Photograph, including,

without limitation, an order requiring Defendants, and each of them, to remove the Subject Photograph from their respective websites, catalogs, marketing and advertisement materials.

b. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendants, and each of them, through their infringement, the exact sum to be proven at the time of trial, and, to the extent available, statutory damages as available under the 17 U.S.C. § 504, 17 U.S.C. §1203, and other applicable law.

c. That a constructive trust be entered over any revenues or other proceeds realized by Defendants, and each of them, through their infringement of Plaintiff's intellectual property rights;

d. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

e. That Plaintiff be awarded its costs and fees under the statutes set forth above;

f. That Plaintiff be awarded statutory damages and/or penalties under the statues set forth above;

g. That Plaintiff be awarded pre-judgment interest as allowed by law;

h. That Plaintiff be awarded the costs of this action; and

i. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

/ / /

/ / /

/ / /

# **JURY DEMAND**

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: July 31, 2024                              DONIGER / BURROUGHS

By:   */s/ Stephen M. Doniger*
      Stephen M. Doniger, Esq.
      Kelsey M. Schultz, Esq.
      DONIGER / BURROUGHS
      *Attorneys for Plaintiff*